# In the United States Court of Federal Claims

No. 13-233 C

**DEVOS LTD, d/b/a**
**GUARANTEED RETURNS**
    **Plaintiff**

    v.                                                                                    **JUDGMENT**

**THE UNITED STATES**
    **Defendant**

    **and**

**EXP PHARMACEUTICAL SERVICES,**
**CORP.**
    **Defendant-Intervenor**

    Pursuant to the court's Order, filed June 18, 2013, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the case is dismissed.

        Hazel C. Keahey
        Clerk of Court

**June 20, 2013**    By:    s/ Debra L. Samler

        Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $455.00.